

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -9 P 4: 04

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAN OCEAN SHIPPING CO., LTD.** | * | CIVIL ACTION |
| V. | * | NO. 00-0151 |
| **CENEX HARVEST STATES COOPERATIVES, INC.** | * | SECTION "F" |
| | * | MAGISTRATE 2 |

\* \* \* \* \* \* \* \*

### MOTION FOR VOLUNTARY DISMISSAL AS OF NON-SUIT

NOW INTO COURT, through undersigned counsel, comes plaintiff Pan Ocean Shipping Co., Ltd., and upon suggesting to the Court that it wishes to voluntarily dismiss this action as of non-suit, and on further showing that no party has filed responsive pleadings hereto;

ACCORDINGLY, Pan Ocean Shipping Co., Ltd. moves the Court to dismiss this action without prejudice, costs to be borne by plaintiff.

NEW ORLEANS, LOUISIANA, THIS 9th DAY OF FEBRUARY, 2000.

JAMES O.M. WOMACK, T.A.(#13644)
ROBERTA DESIO (#25648)
JAMES O. M. WOMACK, L.L.C.

FEB 1 4 2000
DATE OF ENTRY

650 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 598-2323
Fax: (504) 598-2859
Attorneys for Pan Ocean Shipping Co. Ltd.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served on all counsel of record by fax and/or by mailing same by United States mail, properly addressed, and first class postage, prepaid this 9th day of February, 2000.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PAN OCEAN SHIPPING CO., LTD.** | * | CIVIL ACTION |
| V. | * | NO. 00-0151 |
| **CENEX HARVEST STATES COOPERATIVES, INC.** | * | SECTION "F" |
| | * | MAGISTRATE 2 |

\* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Considering the above and foregoing Motion for Voluntary Dismissal as of Non-Suit, it is ordered that this litigation be and it is hereby dismissed, without prejudice, costs to be borne by plaintiff.

NEW ORLEANS, LOUISIANA, THIS 11th DAY OF FEBRUARY, 2000.

_____
UNITED STATES DISTRICT JUDGE

3